## 60005. WRIGHT v. THE STATE.

QUILLIAN, Presiding Judge.
The defendant appeals the revocation of his probation. *Held:*
Affirmed in accordance with Court of Appeals Rule 36.
*Judgment affirmed. Shulman and Carley, JJ., concur.*

ARGUED JUNE 16, 1980 — DECIDED
SEPTEMBER 4, 1980.

*Floyd H. Farless,* for appellant.
*F. Larry Salmon, District Attorney,* for appellee.